1 Rattan Dev S. Dhaliwal, Esq. [SBN 177318]
DHALIWAL LAW GROUP, INC.
2 2005 De La Cruz Boulevard, Suite 185
Santa Clara, California 95050
3 Telephone: (408) 988-7722
Facsimile: (408) 988-3345
4 Email: rattan@attorneydhaliwal.com

5 Attorney for Plaintiff/Creditor,
Azzam A. Abdo

**The following constitutes
the order of the court. Signed August 16, 2017**

_____
**M. Elaine Hammond
U.S. Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>SUBBARAO PINAMANENI,<br><br>Debtor.<br><br>AZZAM A. ABDO, an individual<br><br>Plaintiff.<br><br>v.<br><br>SUBBARAO PINAMANINE, an individual,<br><br>Defendant. | Bankruptcy No.: 16-50869 MEH 7<br><br>Chapter 7<br><br>Adv. Proc. No: 16-05043<br><br>**STIPULATED NONDISCHARGEABLE JUDGMENT** |

     IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff/Creditor, Azzam Abdo ("Plaintiff"), and Defendant/Debtor Subbarao Pinamanine ("Debtor" and collectively the "Parties"), as follows:

DHALIWAL LAW GROUP, INC.
2005 DE LA CRUZ BOULEVARD, SUITE 185
SANTA CLARA, CALIFORNIA 95050
TELEPHONE: (408) 988-7722 / FACSIMILE: (408) 988-3345

**Recitals**

1. WHEREAS, the Parties to this Stipulated Nondischargeable Judgment are Plaintiff and Debtor.

2. WHEREAS, on or about August 29, 2011, the Santa Clara County Superior Court entered a judgment in favor of Plaintiff and against Debtor, in the amount of $256,310.27 ("Original Judgment") in an action titled *Abdo v. Pinamanine*, Case No.: 2011-1-CV-196833.

3. WHEREAS, on or about March 24, 2016, Debtor filed a voluntary petition for relief under Chapter 7 of the Code, thereby commencing his bankruptcy case. This petition duly listed his indebtedness to Plaintiff in the amount of $375,000.

4. WHEREAS, Plaintiff filed and had served an adversary proceeding to deny discharge of the debt pursuant to 11 U.S.C. §523, Adversary Proceeding No.: 16-05043.

5. WHEREAS, Debtor ultimately filed an Answer and otherwise responded to the adversary complaints.

6. WHEREAS, Plaintiff and Debtor have conferred and agreed to resolve this matter without further litigation and hereby enter into this Stipulated Nondischargeable Judgment, subject to the approval of the Court.

NOW, THEREFORE, THE PARTIES HEREIN DO HEREBY STIPULATE AND AGREE AS FOLLOWS:

**Agreement**

7. The foregoing recitals are true and correct and are incorporated as though fully set forth herein.

8. This Court has jurisdiction over the subject matter of this action and the Parties.

9. Debtor stipulates and agrees that the indebtedness set forth in the Original Judgment is not discharged under the Bankruptcy Code in this Chapter 7 bankruptcy

proceeding pursuant to 11 U.S.C. §523(a). Plaintiff in this action and Plaintiff holding the Original Judgment, his successors, heirs, and assigns are entitled to enforce this judgment including any interest at 10% per annum from the date of judgement (currently the original judgment is in the amount pf $256,310.27), costs (currently in the amount of $ $450), and attorneys' fees (currently in the amount of $29,125) that have accumulated on the Original Judgment from date of its entry. This results in a total Stipulated Nondischargeable Judgment in the amount of $442,365.25.

10. This Stipulated Nondischargeable Judgment is binding on the Parties, their heirs, successors, and assigns.

11. The Parties acknowledge and agree that this Stipulated Nondischargeable Judgment must be approved by the Bankruptcy Court.

12. This Stipulated Nondischargeable Judgment may be executed in counterparts to constitute one agreement of the Parties.

13. Upon entry of the Stipulated Nondischargeable Judgment, Plaintiff may take whatever action is appropriate to under state or federal law to collect on said Stipulated Nondischargeable Judgment.

14. The parties agree to cooperate in taking whatever further action is necessary and in preparing such further documents as are necessary to secure the Court's entry of the Stipulated Nondischargeable Judgment.

15. The parties agree that they have either sought the advice of counsel or have had the opportunity to seek the advice of counsel before entering into the herein Stipulated Nondischargeable Judgment and are voluntarily entering into such.

16. The Parties agree to waive their right to appeal from this Stipulated Nondischargeable Judgment. However, nothing herein shall be construed as a

waiver of any Party's right to appeal from an order that arises from an action to enforce the terms of this Stipulated Nondischargeable Judgment.

17. The "Effective Date" of this Stipulated Nondischargeable Judgment shall be the date signed by a United States Bankruptcy Judge.

IT IS SO STIPULATED.

Dated: July 27, 2017                /s/ Azzam Abdo
                                    Azzam Abdo
                                    Creditor/Plaintiff

Dated: July 27, 2017                /s/Subbarao Pinamanine
                                    Subbarao Pinamanine
                                    Defendant/Debtor, Pro Se

IT IS SO ORDERED

*** END OF ORDER ***

DHALIWAL LAW GROUP, INC.
2005 DE LA CRUZ BOULEVARD, SUITE 185
SANTA CLARA, CALIFORNIA 95050
TELEPHONE: (408) 988-7722 / FACSIMILE: (408) 988-3345

**COURT SERVICE LIST**